UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYDEX, LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-09-2722 |
| | § | |
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

The unopposed motion to extend the deadline for compliance with P.R. 3-1 and P.R. 3-2 (Dkt. 22) is GRANTED. It is therefore ORDERED that the due date for compliance with P.R. 3-1 and P.R. 3-2 is extended to February 22, 2010

Signed at Houston, Texas on February 4, 2010.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY